UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

DONALD JOSEPH ZELAZNY,

        Debtor.
_____/

Case No. 20-50976

Chapter 7

Judge Thomas J. Tucker

STUART A. GOLD, TRUSTEE,

        Plaintiff,

vs.

MYLES DAVIS, *et al.*,

        Defendants.
_____/

Adv. Pro. No. 21-4141

## ORDER DENYING DEFENDANTS' MOTION
## FOR SUMMARY JUDGMENT, AS UNTIMELY

    This adversary proceeding is before the Court on the Defendants' motion for summary judgment, filed on January 31, 2022 (Docket # 48, the "Motion"). The Court has reviewed the Motion and concludes that a hearing is not necessary, and that the Motion must be denied, because it is untimely. The deadline for filing potentially dispositive motions in this adversary proceeding was January 14, 2022. (*See* Adversary Proceeding Scheduling Order, filed August 30, 2021 (Docket # 16) at 1 ¶ I.(c)).

    Accordingly,

    IT IS ORDERED that the Motion (Docket # 48) is denied.

**Signed on February 1, 2022**



/s/ **Thomas J. Tucker**
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**